United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                            Case No. 19-14260-mdc
Clara L. Chandler                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                              Page 1 of 3
Date Rcvd: Jan 25, 2024                       Form ID: 138OBJ                       Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Clara L. Chandler, 2532 N Natrona Street, Philadelphia, PA 19132-2920 |
| 14385213 | | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14808404 | | Bureaus Investment Group Portfolio No 15 LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14352558 | + | Jefferson Hospital, 833 Chestnut Street, Philadelphia, PA 19107-4414 |
| 14352566 | + | PGW, 1800 North 9th Street, Philadelphia, PA 19122-2021 |
| 14352895 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14352569 | + | Temple Hospital, 3401 N Broad Street, Philadelphia, PA 19140-5189 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 26 2024 00:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 26 2024 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14352548 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 26 2024 00:17:30 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14352550 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 26 2024 00:16:57 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14367539 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 26 2024 00:16:56 | Capital One Auto Finance,, a division of Capital One N.A., c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14354821 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 26 2024 00:16:59 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, Ketan Sawarkar, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14371877 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 26 2024 00:17:03 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14352551 | ^ | MEBN | Jan 26 2024 00:02:45 | Cba Collection Bureau, Attn: Bankruptcy, Po Box 5013, Hayward, CA 94540-5013 |
| 14352552 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 26 2024 00:16:36 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14352554 | | Email/Text: mrdiscen@discover.com | Jan 26 2024 00:07:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14352553 | ^ | MEBN | Jan 26 2024 00:02:52 | Debt Recovery Solution, Attn: Bankruptcy, 6800 Jericho Turnpike Suite 113e, Syosset, NY 11791-4401 |

District/off: 0313-2                    User: admin                                Page 2 of 3
Date Rcvd: Jan 25, 2024                 Form ID: 138OBJ                    Total Noticed: 38

| 14355506 | | Email/Text: mrdiscen@discover.com | | |
| | | | Jan 26 2024 00:07:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14373100 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Jan 26 2024 00:08:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14352555 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Jan 26 2024 00:08:00 | Ginnys/Swiss Colony Inc, Attn: Credit Department, Po Box 2825, Monroe, WI 53566-8025 |
| 14352556 | + | Email/PDF: TenetBKNotifications@resurgent.com | | |
| | | | Jan 26 2024 00:17:36 | Hahnemann University Hospital, 230 N Broad Street, Philadelphia, PA 19102-1178 |
| 14352557 | + | Email/Text: Bankruptcy@ICSystem.com | | |
| | | | Jan 26 2024 00:07:00 | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 14359803 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 26 2024 00:16:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14352559 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 26 2024 00:17:06 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14361171 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jan 26 2024 00:16:36 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14352560 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jan 26 2024 00:16:34 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14352561 | + | Email/Text: PHILAW@weltman.com | | |
| | | | Jan 26 2024 00:07:00 | Michael Dougherty, 170 S Independence Mall Wesut Suite 874, Philadelphia, PA 19106-3323 |
| 14352562 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jan 26 2024 00:07:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14379755 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jan 26 2024 00:07:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14352564 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Jan 26 2024 00:08:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14352565 | + | Email/Text: bankruptcygroup@peco-energy.com | | |
| | | | Jan 26 2024 00:07:00 | Peco, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14373063 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Jan 26 2024 00:07:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14352567 | + | Email/Text: bankruptcy@second-round.com | | |
| | | | Jan 26 2024 00:07:00 | Second Round, LP, Attn: Bankruptcy Dept, Po Box 41955, Austin, TX 78704-0033 |
| 14352568 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Jan 26 2024 00:08:00 | Seventh Ave, Attn: Bankruptcy Dept, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14373098 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Jan 26 2024 00:07:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14352570 | + | Email/Text: bnc-thebureaus@quantum3group.com | | |
| | | | Jan 26 2024 00:07:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 14373101 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Jan 26 2024 00:08:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14352549 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14352563 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

District/off: 0313-2                          User: admin                                    Page 3 of 3
Date Rcvd: Jan 25, 2024                       Form ID: 138OBJ                             Total Noticed: 38

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 27, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Clara L. Chandler mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Clara L. Chandler

                Debtor(s)

Case No: 19–14260–mdc

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

    To all creditors and parties in interest, NOTICE IS GIVEN THAT:

    The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

    Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

    All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

    In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/25/24

59 – 53
Form 138OBJ